IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| NICHOLAS SHANE VOORHIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:13-cv-00007 |
| | ) | |
| CAROLYN W. COLVIN, | ) | Judge Nixon |
| Acting Commissioner of Social Security, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for Judgment on the Pleadings ("Motion") (Doc. No. 19), filed with a memorandum in support (Doc. No. 18). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion. (Doc. No. 23.) Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report") recommending that the Motion be granted, that the Social Security Administration's decision be reversed, and that this case be remanded for further administrative proceedings consistent with the Report. (Doc. No. 28 at 17.) The Report was filed on April 1, 2016, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion and **REVERSES** and **REMANDS** this case for further administrative proceedings consistent with the Report. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 19th day of April, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT